55 A.3d 99

Theodore PRES.BA.CHEF.SKI, (Spelt: P–R–Z–Y–B–Y–S–Z–E–W–S–K–I), Petitioner

v.

Hon. Sheila WOODS–SKIPPER, Doing Business as 2012 Acting Supervising Judge of Courts of Common Pleas, for the Commonwealth of Pennsylvania, In Philadelphia County; and, The 2012 Judicial Administrative Clerk Office Acting Supervisor Ms. Natasha Lowe, and, [T]he Clerk of the Post Conviction Trial/Appeals Unitary Court of Common Pleas in Room 206, Criminal Justice Center, at 1301 Filbert Street, Philadelphia County, PA 19107, Respondents.

No. 143 EM 2012.

Supreme Court of Pennsylvania.

Oct. 16, 2012.

### ORDER

PER CURIAM.

**AND NOW,** this 16th day of October, 2012, the Application for Leave to File Original Process is **GRANTED,** and the

Petition for Writ of Mandamus is **DENIED.** The Prothonotary is directed to strike the jurist's name from the caption.